IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| A.B. DICK COMPANY, et al., | ) | Case No. 04-12002 (JLP) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF A.B. DICK CO., et al., | ) ) ) | |
| | ) | |
| Appellant, | ) | Civil Action No. 04-1566-KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| PRESTEK, INC., | ) | |
| | ) | |
| Appellee. | ) | |

**ORDER**

WHEREAS, the court having been informed that mediation of the captioned matter is complete, and the parties were unsuccessful,

IT IS HEREBY ORDERED that the parties shall confer and submit a briefing schedule to the court no later than March 11, 2005.

                                                                    /s/ Kent A. Jordan
                                                                    UNITED STATES DISTRICT JUDGE

March 2, 2005
Wilmington, Delaware