IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLAKE OF CHICAGO, CORP., *et al.*,<br>f/k/a A.B. DICK COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 04-12002 (JLP)<br>Jointly Administered |
| THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF A.B. DICK<br>COMPANY, *et al.*,<br><br>Appellant,<br><br>v.<br><br>PRESSTEK, INC.,<br><br>Appellee. | Civil Action No. 04-1566 (KAJ) |

## STIPULATED SCHEDULING ORDER FOR BRIEFING ON APPEAL

The parties hereto hereby stipulate and agree to the following schedule for briefing on The Official Committee of Unsecured Creditors' appeal to the United States District Court for the District of Delaware from the *Judgment pursuant to F.R.B.P. 4001(a)(3), decreeing that Mitsubishi Imaging, Inc., shall be and legally is bound by purchase orders 267409, 267411, 276466, 270467, 272994 and 273001, for custom plate materials and shall deliver to Presstek, Inc., such product and inventory, whereupon Presstek, Inc. shall hold harmless the Debtor by payment of the balance due under such purchase order in the sum of $2,255,397.00 upon delivery by Mitsubishi* entered by the United States Bankruptcy Court for the District of Delaware on November 17, 2004 [Docket No. 532]:

- Appellant's Brief shall be filed and served on or before April 15, 2005;
- Appellee's Briefs shall be filed and served on or before May 6, 2005;
- Appellant's Reply Brief shall be filed and served on or before May 20, 2005.

| | |
|---|---|
| MONZACK & MONACO, P.A.<br><br>By: /s/ Francis A. Monaco<br>Francis A. Monaco, Jr. (No. 2078)<br>1201 North Orange Street, Suite 400<br>P.O. Box 2031<br>Wilmington, DE 19899-2031<br>(302) 656-8162<br>(302) 656-2769 (Facsimile)<br><br>and<br><br>Lawrence Slattery<br>Gary O. Ravert<br>McDermott Will & Emery<br>50 Rockefeller Plaza<br>New York, NY 10020<br>(212) 547-5400<br>(212) 547-5444<br><br>Co-Counsel to Presstek, Inc. | THE BAYARD FIRM<br><br>By: /s/ Jeffrey M. Schlerf<br>Jeffrey M. Schlerf (No. 3047)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>(302) 655-5000<br>(302) 658-6395 (Facsimile)<br><br>and<br><br>James H. Joseph (No. 3920)<br>McGuireWoods LLP<br>Dominion Tower, 23rd Floor<br>625 Liberty Avenue<br>Pittsburgh, PA 15222<br>(412) 667-6000<br>(412) 667-6050 (Facsimile)<br><br>Co-Counsel to The Official Committee of Unsecured Creditors |

IT IS SO ORDERED.

BY THE COURT:

Dated: March ___, 2005

_____
Honorable Kent A. Jordan
United States District Court Judge