## CERTIFICATE OF SERVICE

I, Eric M. Sutty, Esquire, do hereby certify that on this 11th day of March, 2005, I caused a copy of the foregoing **Stipulated Scheduling Order for Briefing on Appeal** to be served upon the parties listed below in the manner indicated.

*<u>Via Hand Delivery</u>*
Frederick Brian Rosner, Esq.
Jaspen Schlesinger Hoffman
1201 North Orange Street
Suite 1001
Wilmington, DE 19801

*<u>Via Hand Delivery</u>*
Francis A. Monaco, Jr., Esq.
Monzack & Monaco, P.A.
1201 North Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899

*<u>Via U.S. Mail</u>*
Stephen B. Selbst
Lawrence Slattery
McDermott Will& Emery LLP
50 Rockefeller Plaza
New York, NY 10020

*<u>Via Hand Delivery</u>*
David Michael Klauder, Esq.
U.S. Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801

*<u>Via Hand Delivery</u>*
Kevin Gross, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Ste. 1401
Wilmington, DE 19801

_____
Eric M. Sutty (I.D. 4007)

579579v1