## CERTIFICATE OF SERVICE

      I, GianClaudio Finizio, hereby certify that on the 15th day of April, 2005, I caused a copy of the Opening Brief of the Official Committee of Unsecured Creditors in Support of its Appeal and the Appendix to the Opening Brief of the Official Committee of Unsecured Creditors in Support of its Appeal to be served upon the parties listed below in the manner indicated.

**Via Hand Delivery and Electronic Mail**
Frederick B. Rosner, Esq.
Jaspan Schlesinger Hoffman LLP
913 Market Street, 12th Floor
Wilmington, DE 19801
frosner@jshllp-de.com

**Via U.S. Mail and Electronic Mail**
H. Jeffrey Schwartz, Esq.
John A. Gleason, Esq.
Benesch Friedlander Coplan & Aronoff LLP
2300 BP Tower, 200 Public Square
Cleveland, OH 44114-2378
jschwartz@bfca.com
jgleason@bfca.com

**Via Hand Delivery and Electronic Mail**
Francis Monaco, Jr., Esq.
Monzack and Monaco
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
fmonaco@monlaw.com

**Via U.S. Mail and Electronic Mail**
Stephen B. Selbst, Esq.
Gary O. Ravert, Esq.
McDermott Will & Emery
50 Rockefeller Plaza
New York, NY 10020-1605
sselbst@mwe.com
gravert@mwe.com

**Via Hand Delivery and Electronic Mail**
Thomas G. Whalen, Esq.
Stevens & Lee, P.C
1105 North Market Street, 7th Floor
Wilmington, DE 19801
tgw@stevenslee.com

**Via U.S. Mail and Electronic Mail**
Robert Lapowsky, Esq.
Stevens & Lee, P.C
1818 Market Street
29th Floor
Philadelphia, PA 19103
rl@stevenslee.com

_____
GianClaudio Finizio (No. 4253)

584313v1