UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLAKE OF CHICAGO, CORP. f/k/a A.B. DICK COMPANY, *et al.*, | Case No. 04-12002 (JLP) |
| Debtors. | Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | |
| Appellant, | Appeal No. 04-CV-1566 (KAJ) |
| v. | |
| PRESSTEK, INC., | |
| Appellee. | |

## NOTICE OF DOCUMENT ENTERED IN ERROR

Please take notice that the Opening Brief of the Official Committee of Unsecured Creditors in Support of its Appeal filed as the main document at D.I. 11 was filed with the incorrect image. The correct document has been filed and is located at D.I. 12.

Dated: April 16, 2005
Wilmington, Delaware

THE BAYARD FIRM

_____/s/_____
Jeffrey M. Schlerf (No. 3047)
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899
Tel: 302.429.4218
Fax: 302.658.6395