IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLAKE OF CHICAGO, CORP., *et al.*,<br>f/k/a A.B. DICK COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 04-12002 (JLP)<br>Jointly Administered |
| THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF A.B. DICK<br>COMPANY, *et al.*,<br><br>Appellant,<br><br>v.<br><br>PRESSTEK, INC.,<br><br>Appellee. | Civil Action No. 04-1566 (KAJ) |

## AMENDED STIPULATED SCHEDULING ORDER FOR BRIEFING ON APPEAL

The parties hereto hereby stipulate and agree to the following amended schedule for briefing on The Official Committee of Unsecured Creditors' appeal to the United States District Court for the District of Delaware from the *Judgment pursuant to F.R.B.P. 4001(a)(3), decreeing that Mitsubishi Imaging, Inc., shall be and legally is bound by purchase orders 267409, 267411, 276466, 270467, 272994 and 273001, for custom plate materials and shall deliver to Presstek, Inc., such product and inventory, whereupon Presstek, Inc. shall hold harmless the Debtor by payment of the balance due under such purchase order in the sum of $2,255,397.00 upon delivery by Mitsubishi* entered by the United States Bankruptcy Court for the District of Delaware on November 17, 2004 [Docket No. 532]:

- Appellant's Brief shall be filed and served on or before April 15, 2005;
- Appellee's Brief shall be filed and served on or before May 13, 2005;
- Appellant's Reply Brief shall be filed and served on or before May 27, 2005.

NYK 964339-1.069646.0011

| MONZACK & MONACO, P.A. | THE BAYARD FIRM |
|---|---|
| By: *Francis A. Monaco, Jr.* by YSchua<br>Francis A. Monaco, Jr. (No. 2078)<br>1201 North Orange Street, Suite 400<br>P.O. Box 2031<br>Wilmington, DE 19899-2031<br>(302) 656-8162<br>(302) 656-2769 (Facsimile) | By: *[signature]*<br>Jeffrey M. Schlerf (No. 3047)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>(302) 655-5000<br>(302) 658-6395 (Facsimile) |
| and | and |
| Lawrence Slattery<br>Gary O. Ravert<br>McDermott Will & Emery<br>50 Rockefeller Plaza<br>New York, NY 10020<br>(212) 547-5400<br>(212) 547-5444 | James H. Joseph (No. 3920)<br>McGuireWoods LLP<br>Dominion Tower, 23rd Floor<br>625 Liberty Avenue<br>Pittsburgh, PA 15222<br>(412) 667-6000<br>(412) 667-6050 (Facsimile) |
| Co-Counsel to Presstek, Inc. | Co-Counsel to The Official Committee of Unsecured Creditors |

IT IS SO ORDERED.

BY THE COURT:

Dated: May ___, 2005

_____
Honorable Kent A. Jordan
United States District Court Judge

NYK 964339-1.069646.0011

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLAKE OF CHICAGO, CORP., *et al.*, f/k/a A.B. DICK COMPANY, *et al.*, | Case No. 04-12002 (JLP) Jointly Administered |
| Debtors. | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF A.B. DICK COMPANY, *et al.*, | Civil Action No. 04-1566 (KAJ) |
| Appellant, | |
| v. | |
| PRESSTEK, INC., | |
| Appellee. | |

**CERTIFICATE of SERVICE**

**VIA FACSIMILE**

**Jeffrey Schlerf, Esq.**
**GianClaudio Finizio, Esq.**
**The Bayard Firm**
**222 Delaware Avenue, Ste. 900**
**Wilmington, DE 19801**
**F:  (302) 658-6395**
**(Committee Counsel)**

**Federick B. Rosner, Esq.**
**Jaspan Schlesinger Hoffman LLP**
**1201 North Orange Street, Ste. 1001**
**Wilmington, DE 19801**
**F:  (302) 351-8010**
**(Debtors' Counsel)**

**David Klauder, Esq.**
**Office of the United States Trustee**
**844 King Street, 2nd Floor**
**Wilmington, DE 19801**
**F:  (302) 573-6497**

43441

- 2 -

**Megan Harper, Esquire**
**Landis Rath & Cobb LLP**
**919 Market Street, Ste. 600**
**Wilmington, DE 19801**
**(MHR)**

**Jami Nimeroff, Esquire**
**Buchanan Ingersoll PC**
**The Nemours Building**
**1007 North Orange Street, Ste. 1110**
**Wilmington, DE 19801**

Dated: May 6, 2005

          MONZACK AND MONACO, P.A.

          __/s/ Francis A. Monaco, Jr._____
          Francis A. Monaco (No. 2078)
          Joseph J. Bodnar (No. 2512)
          Kevin J. Mangan (No. 3810)
          1201 Orange Street, Ste. 400
          Wilmington, Delaware 19801
          kmangan@monlaw.com
          (302) 656-8162

          McDERMOTT WILL & EMERY LLP
          50 Rockefeller Plaza
          New York, New York 10020
          (212) 547-5400

          *Of Counsel*
          *Attorneys for Presstek, Inc.*