**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:**<br><br>**BLAKE OF CHICAGO CORP., *et al.*,**<br><br>**Debtors.** | **Chapter 11**<br>**Case Nos. 04-12002 (JLP)**<br>**(Jointly Administered)** |
| **OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>**Appellants,**<br><br>**v.**<br><br>**PRESSTEK, INC.,**<br><br>**Appellee** | **Appeal No. 04-CV-1566 (KAJ)** |

## TABLE OF CONTENTS

## APPENDIX VOLUME 1 OF 1


| Tab # | | Page No. |
|---|---|---|
| 1. | Notice of Appeal | B-0001 |
| 2. | Emergency Motion of Presstek, Inc. Seeking an Order Directing Mitsubishi Imaging (MPM) Inc. to Comply With This Court's Sale Order | B-0004 |
| 3. | Response of the Official Committee of Unsecured Creditors of A.B. Dick and Company to Emergency Motion of Mitsubishi Imaging (MPM), Inc. for Order Determining Validity of Election Under Postpetition Private Label Sales Agreement and Motion for an Order Refunding Credit to Estates | B-0037 |
| 4. | Emergency Motion of Mitsubishi Imaging (MPM), Inc. for Order Determining Validity of Exercise of Election Under Postpetition Private Label Sales Agreement | B-0111 |
| 5. | Statement of the Debtors: (A) in Response to the Emergency Motion of Mitsubishi Imaging (MPM), | B-0129 |

**APPENDIX VOLUME 1 OF 1**


| Tab # | | Page No. |
|---|---|---|
| | Inc. for Order Determining Validity of Exercise of Election Under Postpetition Private Label Sales Agreement; (B) in Support of the Emergency Motion of Presstek, Inc. Seeking an Order Directing Mitsubishi Imaging (MPM), Inc. to Comply with this Court's Sale Order; and (C) in Response to the Emergency Motion of the Official Committee of Unsecured Creditors to Compel Debtors, Silver and Presstek to Comply with Sale Order Entered November 3, 2004 and the Second Amendment to the Asset Purchase Agreement .................................................. | |
| 6. | Transcript of November 17, 2004 Telephone Conference Before the Honorable John L. Peterson, United States Bankruptcy Judge .......................................... | B-0136 |
| 7. | Judgment Signed on November 17, 2004 Regarding Motion of Presstek, Inc., for Order Directing Mitsubishi Imaging, Inc., to Comply With This Court's Sale Order and Mitsubishi Imaging, Inc.'s Motion for Order Determining Validity of Exercises of Election Under Postpetition Private Label Sales Agreement .......................................................................... | B-0182 |
| | Amended Judgment Signed on November 23, 2004 Regarding Motion of Presstek, Inc., for Order Directing Mitsubishi Imaging, Inc., to Comply With This Court's Sale Order and Mitsubishi Imaging, Inc.'s Motion for Order Determining Validity of Exercises of Election Under Postpetition Private Label Sales Agreement ................................................................. | B-0184 |
| 8. | Motion for Order: (A) Authorizing Sale of Substantially All of The Assets of A.B. Dick Company and Its Wholly Owned Subsidiaries, Free and Clear of Liens, Claims and Encumbrances; (B) Authorizing Assumption and Assignment of Certain Unexpired Leases and Executory Contracts; and (C) Granting Related Relief ...................................................... | B-0186 |
| 9. | Transcript of August 23, 2004 Evidentiary Hearing Before the Honorable Charles G. Case, II, United States Bankruptcy Judge ..................................................... | B-0275 |

**APPENDIX VOLUME 1 OF 1**


| Tab # | | Page No. |
|---|---|---|
| 10. | Supplemental Objection of the Official Committee of Unsecured Creditors of A.B. Dick Company, et al., to the Motion of Debtors for Entry of Order (A) Approving Bidding Procedures for the Sale of Substantially All of the Assets of A.B. Dick Company and its Wholly Owned Subsidiaries; (B) Authorizing Payment of an Expense Reimbursement and Termination Fee; (C) Setting Sale Hearing Date; and (D) Approving Form of Notice (related document(s) 154, 158, 52, 22) Filed by Official Committee of Unsecured Creditors (Attachments #1 Exhibit A (Part 1), #2 Exhibit A (Part 2), #3 Exhibit B) (Augustine, Mary) (Entered 08/21/2004) (Docket No. 232) .................. | B-0564 |
| 11. | Notice of Filing of First Amendment to Asset Purchase Agreement .......................................................... | B-0641 |
| 12. | Notice of Filing of Second Amendment to Asset Purchase Agreement .......................................................... | B-0644 |
| 13. | Transcript of November 3, 2004 Hearing Before the Honorable John L. Peterson, United States Bankruptcy Judge. ...................................................................... | B-0655 |