IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLAKE OF CHICAGO, CORP., *et al.*, f/k/a A.B. DICK COMPANY, *et al.*, | Case No. 04-12002 (JLP) Jointly Administered |
| Debtors. | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF A.B. DICK COMPANY, *et al.*, | Civil Action No. 04-1566 (KAJ) |
| Appellant, | |
| v. | |
| PRESSTEK, INC., | |
| Appellee. | |

## CERTIFICATE of SERVICE

**VIA Electronic Mail and US Mail**

**Jeffrey Schlerf, Esq.**
**GianClaudio Finizio, Esq.**
**The Bayard Firm**
**222 Delaware Avenue, Ste. 900**
**Wilmington, DE 19801**
**F:  (302) 658-6395**
**(Committee Counsel)**

**Federick B. Rosner, Esq.**
**Jaspan Schlesinger Hoffman LLP**
**1201 North Orange Street, Ste. 1001**
**Wilmington, DE 19801**
**F:  (302) 351-8010**
**(Debtors' Counsel)**

**David Klauder, Esq.**
**Office of the United States Trustee**
**844 King Street, 2nd Floor**
**Wilmington, DE 19801**
**F:  (302) 573-6497**

43441

**Megan Harper, Esquire**
**Landis Rath & Cobb LLP**
**919 Market Street, Ste. 600**
**Wilmington, DE 19801**
**(MHR)**

**Jami Nimeroff, Esquire**
**Buchanan Ingersoll PC**
**The Nemours Building**
**1007 North Orange Street, Ste. 1110**
**Wilmington, DE 19801**

**James H. Joseph (No. 3920)**
**McGuireWoods LLP**
**Dominion Tower, 23rd Floor**
**625 Liberty Avenue**
**Pittsburgh, PA 15222**

Dated: May 13, 2005

                    MONZACK AND MONACO, P.A.

                    __Francis A. Monaco, Jr._____
                    Francis A. Monaco (No. 2078)
                    Joseph J. Bodnar (No. 2512)
                    Kevin J. Mangan (No. 3810)
                    1201 Orange Street, Ste. 400
                    Wilmington, Delaware 19801
                    kmangan@monlaw.com
                    (302) 656-8162

                    McDERMOTT WILL & EMERY LLP
                    50 Rockefeller Plaza
                    New York, New York 10020
                    (212) 547-5400

                    *Of Counsel*
                    *Attorneys for Presstek, Inc.*

NYK 959258-1.069646.0011