## CERTIFICATE OF SERVICE

I, GianClaudio Finizio, hereby certify that on the 27th day of May, 2005, I caused a copy of the Reply Brief of the Official Committee of Unsecured Creditors in Support of its Appeal to be served upon the parties listed below in the manner indicated.

**Via Hand Delivery and Electronic Mail**
Frederick B. Rosner, Esq.
Jaspan Schlesinger Hoffman LLP
913 Market Street, 12th Floor
Wilmington, DE 19801
frosner@jshllp-de.com

**Via U.S. Mail and Electronic Mail**
H. Jeffrey Schwartz, Esq.
John A. Gleason, Esq.
Benesch Friedlander Coplan & Aronoff LLP
2300 BP Tower, 200 Public Square
Cleveland, OH 44114-2378
jschwartz@bfca.com
jgleason@bfca.com

**Via Hand Delivery and Electronic Mail**
Francis Monaco, Jr., Esq.
Monzack and Monaco
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
fmonaco@monlaw.com

**Via U.S. Mail and Electronic Mail**
Stephen B. Selbst, Esq.
Gary O. Ravert, Esq.
McDermott Will & Emery
50 Rockefeller Plaza
New York, NY 10020-1605
sselbst@mwe.com
gravert@mwe.com

**Via Hand Delivery and Electronic Mail**
Thomas G. Whalen, Esq.
Stevens & Lee, P.C
1105 North Market Street, 7th Floor
Wilmington, DE 19801
tgw@stevenslee.com

**Via U.S. Mail and Electronic Mail**
Robert Lapowsky, Esq.
Stevens & Lee, P.C
1818 Market Street
29th Floor
Philadelphia, PA 19103
rl@stevenslee.com

_____
GianClaudio Finizio (No. 4253)

589206v1