# THE BAYARD FIRM
### ATTORNEYS

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES 19801

MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com

302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

(302) 429-4218

June 13, 2005

<u>VIA HAND DELIVERY</u>

The Honorable Kent A. Jordan
United States District Court
844 North King Street, Lock Box 10
Wilmington, DE 19801

    Re:    In re: Blake of Chicago, Corp. f/k/a A.B. Dick Company, *et al.*,
             C.A. No. 04-12002 (JLP); Official Committee of Unsecured Creditors v.
             <u>Presstek, Inc., Appeal No. 04-CV-1566</u>

Dear Judge Jordan:

    The parties have completed the submission of their briefs in the above-referenced appeal. Appellant Official Committee of Unsecured Creditors (the "Committee") requests oral argument. We would prefer that oral argument not be scheduled during July 8 - 15, 2005. Please accept the Committee's sincere apologies for our failure to make this request on a more timely basis.

    As always, I am available at the Court's convenience if Your Honor has any questions or concerns.

                                Respectfully submitted,

                                Jeffrey M. Schlerf

JMS/rd
cc:    James H. Joseph, Esquire (via facsimile)
       Francis A. Monaco, Esquire (via hand delivery)
       Lawrence Slattery, Esquire (via facsimile)
       Gary Ravert, Esquire (via facsimile)
       Frederick B. Rosner, Esquire (via hand delivery)

590913v1