# THE BAYARD FIRM
ATTORNEYS

222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Zip Code For Deliveries: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(Fax) 302-658-6395

Writer's Direct Access

(302) 429-4218

January 20, 2006

VIA HAND DELIVERY
The Honorable Kent A. Jordan
United States District Court
844 North King Street, Lock Box 10
Wilmington, DE 19801

Re:  In re: Blake of Chicago, Corp. f/k/a A.B. Dick Company, *et al.*,
C.A. No. 04-12002 (RB); Official Committee of Unsecured Creditors v.
Presstek, Inc., Appeal No. 04-CV-1566

Dear Judge Jordan:

Our firm and McGuireWoods LLP represent the Official Committee of Unsecured Creditors (the "Committee") in connection with the above-referenced appeal. This letter relates to the Committee's opening brief filed on April 15, 2005. We have just learned that within Volume One of the Appendix to our brief, certain pages to the Asset Purchase Agreement are missing. Therefore, we have filed an Amended Appendix. A courtesy copy of Tab 1 of Volume One of the Amended Appendix, which contains the complete agreement, is enclosed herewith.

We apologize for the error. As always, we are available at the Court's convenience if Your Honor has any questions or concerns.

Respectfully submitted,

Jeffrey M. Schlerf

JMS/rd
Enclosure
cc:  James H. Joseph, Esquire (w/ encl., via facsimile)
Francis A. Monaco, Esquire (w/ encl., via hand delivery)
Lawrence Slattery, Esquire (w/ encl., via facsimile)
Gary Ravert, Esquire (w/ encl., via facsimile)
Frederick B. Rosner, Esquire (w/ encl., via hand delivery)

614866v1