Execution Version

## SELLER DISCLOSURE SCHEDULE

Capitalized terms used but not defined in this Seller Disclosure Schedule shall have the meanings set forth in the Asset Purchase Agreement (the "*Agreement*"), dated July 13, 2004 by and among Presstek, Inc., a Delaware corporation ("*Platinum*"), Seller Acquisition Corp., a Delaware corporation ("*Purchaser*"), Paragon Corporate Holdings, Inc., a Delaware corporation ("*Parent*" or "*Paragon* "), A.B. Dick Company, a Delaware corporation and a wholly-owned subsidiary of Parent ("*Seller*" or "*A.B. Dick Company* ") A.B. Dick Company of Canada, Ltd., a Canada corporation and wholly-owned subsidiary of Seller ("*Canada Sub*"), and Interactive Media Group, Inc., an Ohio corporation and a wholly-owned subsidiary of Parent ("*IMG*" and together with Canada Sub and Seller, the "*Sellers*"):

Parent and Seller hereby provide this schedule of exceptions and disclosure to the Agreement. This Seller Disclosure Schedule and the information contained herein are intended to qualify only and limit the representations and warranties, agreements and covenants of Seller contained in the Agreement and shall not be deemed to expand in any way the scope or effect of any of such representations, warranties, agreements or covenants. Furthermore, this Seller Disclosure Schedule does not purport to disclose any agreements, contracts or instruments that may be entered into pursuant to the terms of the Agreement.

The inclusion of any matter in this Seller Disclosure Schedule in connection with any representation, warranty, covenant or agreement that is qualified as to materiality is not an admission by Seller that such matter is material. No disclosure in this Seller Disclosure Schedule relating to any possible breach or violation of any agreement or Legal Requirement shall be construed as an admission or indication that any such breach or violation exists or has actually occurred.

## SCHEDULE 2.1

### PERMITTED ENCUMBRANCES

None.

2

A- 0054

**SCHEDULE 2.1(a)**

**ASSUMED REAL ESTATE**

Platinum/Purchaser will assume the following leases:
- Niles, IL corp. offices
- Des Plaines
- St. Louis (Fenton, MO)
- Aiea, HI
- Anaheim, CA
- Denver, CO
- Fresno, CA
- Harrisburg, PA
- Irving, TX
- Wallingford, CT
- IMG- Akron, OH
- Duluth, GA
- Des Moines, IA

- Calgary, AB
- Montreal, QC
- Vancouver, BC
- Winnipeg, MB

- UK/ Brentford
- UK/ Bristol
- UK/ Glasgow

3

A- 0055

## SCHEDULE 2.1(b)

### TANGIBLE PERSONAL PROPERTY

See attached active assets depreciation list.

See also active rental depreciation list attached to schedule 3.21.

4

A- 0056

## SCHEDULE 2.1(e)

### ASSUMED SELLER CONTRACTS

The following contracts will be assumed by Purchaser:

- Agreement with Kinko's
- Equipment Leases set forth on Schedule 3.21
- List of Active Rentals set forth on Schedule 3.21
- All capital leases of Seller
- All insurance policies, with the exception of any officers' and directors' insurance
- All of Seller's dealer contracts which are terminable on 30 days' notice
- Additional agreements or contracts as may be determined by Purchaser or Platinum on or before Closing

5

A- 0057

## SCHEDULE 2.2(h)

### OTHER EXCLUDED ASSETS

None.

6

## SCHEDULE 2.4(a)(iv)

### OTHER ASSUMED LIABILITIES

None.

7

A- 0059

## SCHEDULE 2.4(b)

### OTHER RETAINED LIABILITIES

All liabilities of Seller not specifically designated in Sections 2.4(b)(i)-(xiii) or otherwise assumed by Purchaser. Notwithstanding the foregoing, as a matter of clarification, Seller's payable due to Canada Sub shall be specifically retained by Seller.

8

A- 0060

## SCHEDULE 3.1

## ORGANIZATION AND GOOD STANDING

A.B. Dick Company -- Qualified to do business in all States in the United States and the District of Columbia

A.B. Dick Company of Canada Ltd. -- Qualified to do business in Canada

A.B. Dick UK Limited -- Qualified to do business in United Kingdom

Multigraphics LLC -- Qualified to do business in the State of Delaware

Itek Graphix Corp. -- Qualified to do business in the State of Delaware

Interactive Media Group, Inc. -- Qualified to do business in the State of Ohio

9

A- 0061

## SCHEDULE 3.2

### SUBSIDIARIES AND GUARANTIES

A.B. Dick Company of Canada Ltd., a Canadian corporation, of which A.B. Dick Company owns 100% of the equity interest.

A.B. Dick UK Limited, a UK corporation, of which A.B. Dick Company owns 100% of the equity interest.

Itek Graphix Corp., a Delaware corporation, of which A.B. Dick Company owns 100% of the equity interest.

Multigraphics LLC, a Delaware limited liability company, of which A.B. Dick Company owns 100% of the equity interest and is the sole member.

Interactive Media Group, Inc., an Ohio corporation, 100% owned by Paragon Corporate Holdings, Inc.

A- 0062

## SCHEDULE 3.4

### CONSENTS

Certified copies of consents of Paragon will be provided

Canada Sub may be required to comply with the Bulk Sale law of Canada or seek an order of the courts exempting this transaction from such law.

11

## SCHEDULE 3.5

## NO VIOLATION OF CHARTER DOCUMENTS; COMPLIANCE WITH LEGAL REQUIREMENTS; GOVERNMENTAL AUTHORIZATIONS

See schedule 3.4.

The following Contracts have provisions which may result in the termination, Breach, impairment or violation thereof as a result of the execution of the Agreement and/or the consummation of the transactions contemplated thereby:

> Scan View A/S
> Scan View A/S
> AGFA Australia

From time to time since January 1, 2000, Parent, A.B. Dick Company and or its Subsidiaries have received notices or other communications from a Governmental Authority or other Person regarding an actual, alleged, possible or potential violation of, or failure to comply by A.B. Dick Company or any Subsidiary of A.B. Dick Company with, any Legal Requirement. Any such communications received by A.B. Dick Company or any Subsidiary since January 1, 2000 has been resolved, except for the following:

> *Lester Berta v. A.B. Dick Company*
> EEOC Charge No. 350-2003-83499

On June 9, 2004, A.B. Dick Company received notice from the USEPA regarding Addressograph/Multigraph being a PRP at the Chemical Recovery systems site in Elyria, Ohio.

A.B. Dick Company is authorized to do business as a foreign corporation in the District of Columbia and all states in the Unites States, except Delaware, where A.B. Dick is authorized to do business as a domestic corporation.

A.B. Dick Company also obtains various licenses, permits and other Governmental Authorizations from local Governmental Authorities where A.B. Dick has operations.

All of A.B. Dick Company's foreign subsidiaries are authorized to do business in their respective countries of incorporation.

A.B. Dick Company of Canada Ltd. also is authorized to do business in the provinces where it has employees or facilities, namely British Columbia, Alberta, Saskatchewan, Manitoba, Ontario, Quebec and Newfoundland.

Each of Itek Graphix Corp. and Multigraphics LLC is authorized to do business in Delaware.

A- 0064

Interactive Media Group, Inc. is authorized to do business in Ohio.

See also Schedule 3.11  [Litigation]
See also Schedule 3.14  [Absence of Certain Changes or Events]

13

A- 0065

## SCHEDULE 3.7

### SELLER FINANCIAL STATEMENTS

See attached.

A.B. Dick Company has a liability for the repair/replacement of the roof at its headquarters location pursuant to the terms of the lease for that location.

In Q2 2004 Canada Sub booked an adjustment of approximately $125,000, increasing 2003 profit and decreasing 2004 profit. This was requested by Niles to be consistent with US GAAP on restructure costs.

See also Schedule 3.12 [Taxes]
See also Schedule 3.14 [Absence of Certain Changes or Events]

14

A- 0066

## SCHEDULE 3.9

### ACCOUNTS RECEIVABLE

See attached.

Reserve for warranty claims, and warranty claim expense, are reported in the aggregate, not by customer.

A.B. Dick Company has a receivable due from its UK subsidiary. As of April 30, 2004, the receivable was $607,475.99

A.B. Dick Company has a payable due to its Canadian subsidiary. As of April 30, 2004, the receivable was $2,236,842.12.

See also Schedule 3.7 [Financial Statements]

15

A- 0067

## SCHEDULE 3.11

## LITIGATION

Pending Proceedings:

> *A.T. Publishing v. A.B. Dick Company*
> Case No. 3AN-03-08291 CI
> In the Superior Court for the State of Alaska
> Third Judicial District at Anchorage

> Brian J. Longe's claim for severance and bonus

> On June 9, 2004, A.B. Dick Company received notice from the USEPA regarding
> Addressograph/Multigraph being a PRP at the Chemical Recovery systems site in
> Elyria, Ohio.

> *MHR Capital Partners, et al. v. Paragon Corporate Holdings, et al.*
> Case No.; 529-N
> In the Court of Chancery of the State of Delaware
> In and For New Castle County

> *Gropoint Limited v. Reprocentre Group Limited (formerly Offset Distributors
> Limited), Offset Distributors Limited, Richard George Nobel and A.B. Dick UK
> Ltd*, High Court Proceedings, Record No. 2003 No. 4944P in Dublin, Republic of
> Ireland.

As of the date hereof, the following sets forth any filings required to be made by A.B. Dick
Company within 120 days:

> Responses due in the following cases:
> *Market Direct, Inc. v. A.B. Dick Company*
> *Windsor Manufacturing, Inc. v. A.B. Dick Company*
> *MHR Capital Partners, et al. v. Paragon Corporate Holdings, et al.*

On June 9, 2004, A.B. Dick Company received notice from the USEPA regarding
Addressograph/Multigraph being a PRP at the Chemical Recovery systems site in Elyria,
Ohio. A.B. Dick Company has 20 days to respond to the invitation to participate and 30
days to respond to the information requested therein. The time to respond has been
extended to July 22, 2004.

A.B. Dick Company of Canada Ltd. is subject to a storm water sampling program as
specified in Provincial Officer Order #004322, related to its property at 94 Brockport Road,
Toronto.

16

See attached documents regarding slander allegations received from Tanaka Offset 2000 Services Ltd.

See attached summary of potential employment litigation matters for A.B. Dick Company of Canada Ltd.

See attached summary of additional pending litigation.

See also Schedule 3.24 [Environmental Matters]

17

A- 0069

## SCHEDULE 3.12

### TAXES

Since January 1, 2000, Parent and Seller have timely filed when due all Tax Returns relating to Seller and its Subsidiaries, other than 2003 federal, state and local Tax Returns for which notices of extension have been filed and are currently pending.

Parent and Seller regularly receive communications from state and local Tax authorities requesting information relating to business activities in such jurisdictions and the basis for filing or not filing Tax Returns. However, neither Parent nor Seller know of any claim that Seller or any Subsidiary is or may be subject to a material amount of unpaid Tax in any such jurisdiction. Seller has recently received notices from Tax authorities of the States of West Virginia and Alaska.

Seller is presently subject to a sales Tax audit by the Tax authorities of the States of Connecticut and Utah.

Parent and Seller regularly receive notices from state and local Tax authorities with proposed adjustments in the calculation of Taxes. However, no proposed adjustment relating to any Tax Return filed by Parent, Seller or any Subsidiary that has been proposed is material in amount.

Certain state and local Taxes will become due and payable as a result of the transactions contemplated by this Agreement. In addition, Seller and its Subsidiaries have not yet filed 2003 federal, state and local Tax Returns and there may be additional unaccrued Taxes with respect to such returns. However, Parent and Seller believe tax accruals are adequate to cover such Taxes.

Upon consummation of the transactions contemplated by this Agreement, Seller and its Subsidiaries will cease to be members of the Seller Group and the 338(h)(10) election will constitute a liquidation of Seller upon which certain state Taxes will become due and payable. Parent and Seller believe accruals for these Taxes are adequate to cover such Taxes.

See also Schedule 3.7 [Financial Statements]

18

A- 0070

## SCHEDULE 3.13

### REAL PROPERTY ADDRESSES

See attached schedule

The properties may be subject to liens for insurance and common area maintenance for differences in expense which has not yet been finally determined by the various landlords, and therefore not billed to A.B. Dick Company.

19

A- 0071

## SCHEDULE 3.14

### ABSENCE OF CERTAIN CHANGES OR EVENTS

A.B. Dick Company received a Notice of Reclamation from Mitsubishi on July 2, 2004, relating to approximately $570,000 worth of supplies.

A.B. Dick Company has received notice from Oji that future purchases of product must be made on a cash-in-advance basis.

Pending controversy between Brian J. Longe and A.B. Dick Company regarding issues of severance and bonus

The service manager for Canada Sub was provided a salary increase of $1,875 as a result of increased duties, for a cumulative salary of $52,000.

A.B. Dick Company amended its bylaws on April 5, 2004 to provide: (A) the proper address of A.B. Dick Company's principal place of business and (B) the Board of Directors consists of not less than one or more than nine directors.

A.B. Dick Company has a liability for severance obligations incurred in connection with recent staff reductions.

A.B. Dick Company has an obligation to pay NESCO Services, Inc., an Affiliate of Parent, approximately $60,000 in connection with engineering services provided to A.B. Dick Company and/or its Subsidiaries.

Obligations incurred under the Keybank credit facility.

Obligations relating to a final payment of a lease for the paint line previously located at 6330 Touhy.

Obligations relating to equipment currently located at Chicago Press.

Obligations incurred under the Keybank special overage advances.

Canada Sub has made a loan of approximately $2,250,000 to its parent affiliate, A.B. Dick Company.

Contractual settlement agreement with Fuji and Enovation regarding termination of the Fuji dealer agreement.

Canada Sub has a contract with KPG which is subject to cancellation by KPG if the company is sold.

20

A- 0072

Canada Sub's service manager has verbally indicated a desire to retire in January 2005.

A.B.Dick Company received a Notice of Reclamation from Elof Hansson, Inc., as agent for Elof Hansson K.K., on July 8, 2004 relating to approximately 2,980 rolls of electro-static offset printing paper plate.

See also Schedule 3.5  [No Violation of Charter Documents; Compliance with Legal Requirements; Governmental Authorizations]

See also Schedule 3.7  [Seller Financial Statements]

21

A- 0073

## SCHEDULE 3.15

## OWNERSHIP OF INTELLECTUAL PROPERTY

See attached list of all copyright, mask work and trademark registrations and applications and all patents and patent applications for Seller IP Rights owned or exclusively licensed by Seller or its Subsidiaries.

A.B. Dick Company permits its dealers and resellers to sell Seller Products.

See also Schedule 3.21 [Agreements and Commitments]

22

A- 0074

## SCHEDULE 3.16

### CONFORMITY OF PRODUCTS AND SERVICES

There may be a basis for certain customers to assert that the QP 25 line of products does not conform to specifications and to representations made to said customers.

23

A- 0075

## SCHEDULE 3.17

### PRODUCT AND SERVICE WARRANTIES

Attached hereto are standard written forms of product and service warranties and guarantees utilized by A.B. Dick Company or any Subsidiary of A.B. Dick Company as of the date of the Agreement with respect to the Seller Products and Services.

There may be a basis for certain customers to assert that the QP 25 line of products does not conform to specifications and to representations made to said customers.

24

A- 0076

## SCHEDULE 3.18

### CERTAIN EMPLOYEES; SUPPLIERS AND CUSTOMERS

See attached schedule of employee salaries.

See attached list of all suppliers, licensors and vendors to whom, since January 1, 2003, A.B. Dick Company or a Subsidiary of A.B. Dick Company has made payments of $50,000 or more.

Ryobi has drawn upon a Letter of Credit provided by A.B. Dick Company.

Customers or distributors accounting for more than two percent (2%) of the revenue of A.B. Dick Company for fiscal years ending December 31, 2002 and December 31, 2003.

| 2002 | 2003 |
|---|---|
| Minuteman Press | Minuteman Press |
| Print Image Intl (NAQP) (a consortium of small printers) | Print Image Intl (NAQP) (a consortium of small printers) |
| Deluxe Corporation | Deluxe Corporation |
| State of California (includes counties, municipalities, agencies and other political subdivisions) | |
| Kinko's | |

In connection with the termination of all of its distributorship agreements, Xeikon, a company for which A.B. Dick Company of Canada, Ltd. serves as a distributor, has terminated its distributorship agreement with A.B. Dick Company of Canada, Ltd

Canada Sub has a contract with KPG which is subject to cancellation by KPG if the company is sold.

See also Schedule 3.14 [Absence of Certain Changes or Events]

25

## SCHEDULE 3.19

### DISABLING CODES

None.

26

## SCHEDULE 3.21

### AGREEMENTS AND COMMITMENTS

See attached list of contract vendors and customers.

A.B. Dick Company permits its dealers and resellers to sell A.B. Dick Products.

A.B. Dick Company has a technology development agreement with Presstek.

A.B. Dick Company has an agreement granting Kinko's preferential pricing and/or terms for service.

A.B. Dick Company has non-compete covenants with Ryobi, Konika, Hamada, Duplo, Mitsubishi, Kodak, Bourg, Standard Register, Agfa, Hamada, and Presstek

A.B. Dick Company has employment agreements with Brian J. Longe, James C. Yerkes, Mark Szafranowski and Earl Frishkorn. In addition, all employees of A.B. Dick Company are entitled to severance pursuant to the existing Human Resources policy.

See attached list of active rentals.

Canada Sub has a contract with KPG which is subject to cancellation by KPG if the company is sold.

Canada Sub is on the verge of signing a multi-year contract with Davis & Henderson, one of its largest customers.

See also Schedule 3.17  [Product and Service Warranties]
See also Schedule 3.18  [Certain Employees; Suppliers and Customers]
See also Schedule 3.22  [Employees]

27

A- 0079

## SCHEDULE 3.22

### EMPLOYEES

It is possible that A.B. Dick Company's relationship with its general counsel, Jeffrey S. Herden, could be classified as an employer/employee relationship and not an independent contractor relationship as maintained by the company..

There is a pending controversy between Brian J. Longe and A.B. Dick Company regarding issues of severance and bonus.

Labor and other disputes may arise from the recent reductions in workforce that commenced on March 31, 2004.

A.B. Dick Company has the following Seller Employee Plans:

- A.B. Dick Company Life Insurance Plan (Plan #519).

- A.B. Dick Company Short Term Disability Plan (Plan #503).

- A.B. Dick Company Long Term Disability Plan (Plan #517).

- A.B. Dick Company Employee Health Benefit Plan (Plan #518).

- A.B. Dick Company Dental Plan (Plan #520).

- A.B. Dick Company Group Accidental Death and Dismemberment Insurance Plan.

- A.B. Dick Company Voluntary Accidental Death and Dismemberment Insurance Plan.

- A.B. Dick Company Flexible Benefits Plan.

- A.B. Dick Company 401(k) Employees' Savings and Investment Plan.

- A.B. Dick Company benefits described in A.B. Dick Company Human Resources Manual for U.S. Employees, Benefits Summary Policy (Benefits Policy Number 400).

- A.B. Dick Company Executive Long Term Disability Plan.

Since January 1, 2003, there have been 20 medical claims company wide that have exceeded $50,000.

A.B. Dick Company has the following Seller Pension Plans:

28

A- 0080

        •   A.B. Dick Company 401(k) Employees' Savings and Investment Plan.

A.B. Dick Company has the following Seller Benefit Arrangements:

The following A.B. Dick Company Benefit Arrangements are more fully described in the A.B. Dick Human Resources Policy Manual for U.S. Employees, a copy of which is attached:

- A.B. Dick Company Relocation Policy (Employment Policies Number 107).

- A.B. Dick Company Location Closings Policy (Employment Policies Number 109).

- A.B. Dick Company Rehire Policy (Employment Policies Number 112).

- A.B. Dick Company Safety Shoes Policy (Employment Policies Number 118).

- A.B. Dick Company Hours of Work Policy (Pay & Performance Policy Number 300).

- A.B. Dick Company Pay Procedures Policy (Pay & Performance Policy Number 301).

- A.B. Dick Company Salary Administration Policy (Pay & Performance Policy Number 303).

- A.B. Dick Company Overtime-Exempt Employees Policy (Pay & Performance Policy Number 306).

- A.B. Dick Company Field Engineers Policy (Pay & Performance Policy Number 308).

- A.B. Dick Company Flexible Work Hours (Headquarters Only) Policy (Pay & Performance Policy Number 309).

- Vacation, Sick time, Holidays, Jury Duty, Bereavement, Military Leave, Separation Pay, Family Medical Leave (FMLA), and Work-Related Medical & Disability benefits listed in A.B. Dick Company Benefits Summary Policy (Benefits Policy Number 400).

- A.B. Dick Company Holidays Policy (Benefits Policy Number 401).

- A.B. Dick Company Vacation Policies (Benefits Policies Numbers 402 and 402-A).

- A.B. Dick Company Service Awards Policy (Benefits Policy Number 403).

29

A- 0081

- A.B. Dick Company Referral Bonus Program (Benefits Policy Number 404).

- A.B. Dick Company Attendance – Non-Exempt Associates Policy (Absences Policy Number 500).

- A.B. Dick Company Family Medical Leave Policy (Absences Policy Number 501).

- A.B. Dick Company Jury Duty Policy (Absences Policy Number 503).

- A.B. Dick Company Witness Duty Policy (Absences Policy Number 504).

- A.B. Dick Company Military Leave Policy (Absences Policy Number 505).

- A.B. Dick Company Bereavement Policy (Absences Policy Number 506).

- A.B. Dick Company School Visitation Policy (Absences Policy Number 507).

- A.B. Dick Company Sick Time Policy (Absences Policy Number 509).

- A.B. Dick Company Personal Leave of Absence Policy (Absences Policy Number 510).

- A.B. Dick Company Severance Policy (Termination Policy Number 600).

- A.B. Dick Company Executive Severance Bridge Policy (Termination Policy Number 601).

- A.B. Dick Company Flower Fund Policy (Miscellaneous Policy Number 700).

Canada Sub has the employee benefit plans set forth in the attached memorandum.

Canada Sub's service manager has verbally indicated a desire to retire in January 2005.

Canada Sub has a few sales agents in Canada and there may be some costs associated with contract termination.

There has been no amendment to the benefit plans except that on April 2, 2004, the Executive Severance Bridge policy was amended.

30

**SCHEDULE  3.23**

**RELATIONSHIP WITH AFFILIATES**

Par Realty Co., an Affiliate of Parent, owns the real property at 7400 Caldwell Avenue, Niles, Illinois, which is leased by A.B. Dick Company.

Rogers Display, an Affiliate of Parent, provides convention display goods and services to A.B. Dick Company.

NESCO Services, Inc., an Affiliate of Parent, provides employment outplacement services and provides temporary employees to A.B. Dick Company.

See also Schedule 3.14  [Absence of Certain Changes or Events]

31

## SCHEDULE 3.24

### ENVIRONMENTAL MATTERS

There may have been disposals, Release or threatened release of Hazardous Materials on, at, from or under the following facilities:

> Rexdale, Ontario
> Rochester, New York
> Holmesville, Ohio
> Lake City, South Carolina
> Miami, Florida
> Indianapolis, Indiana
> Cerritos, California
> Milford, Connecticut
> Middleton, Wisconsin
> East St. Louis, Illinois

In addition, underground tanks were removed from the following locations (sites identified above are not included):

> Birmingham, Alabama
> Costa Mesa, California
> New Bedford, Massachusetts
> Southfield, Michigan
> Suffield, Connecticut

On June 9, 2004, A.B. Dick Company received notice from the USEPA regarding Addressograph/Multigraph being a PRP at the Chemical Recovery systems site in Elyria, Ohio. A.B. Dick Company has 20 days to respond to the invitation to participate and 30 days to respond to the information requested thererin.

See also Schedule 3.11 [Litigation]

32

A- 0084

**SCHEDULE  3.26**

**BOARD OF DIRECTORS, OFFICERS AND KEY PERSONNEL**

**Officers:**

A.B. Dick Company:

| | |
|---|---|
| Brian J. Longe | President & CEO |
| Gregory T. Knipp | Vice President & CFO |
| Jeffrey S. Herden | General Counsel & Secretary |
| Kenneth D. Newton | Chief Operating Officer, Equipment |
| Joyce L. Huston | Vice President – Human Resources |
| David E. Vanderwiel | Vice President – Consumables & IT |
| Laurence T. Mascia | Vice President – Sales |
| James C. Yerkes | VP & General Manager – Service |
| Lynne E. Gehrke | Vice President – Procurement |
| Scott M. MacKenzie | Vice President – Marketing |
| Jeffrey W. Mock | Vice President – Engineering |
| Steven C. Stricker | Vice President – Manufacturing |
| Douglas P. Farmer | Vice President – Distribution & Logistics |

A.B. Dick Company Of Canada, Limited:

| | |
|---|---|
| J. Mark Stinson | Corporate Secretary |
| Gerald Welstead | Controller |
| Fred Wood | General Manager |
| Annissa Lo | Accounting Manager |
| Jerry Leszczuk | Director Sales & Marketing |
| Robert McLean | Director of Service |

A.B. Dick UK Limited:

| | |
|---|---|
| Jeffrey S. Herden | Secretary |
| Quentin Baum | Managing Director |
| George Gray | Director of Operations |

Itek Graphix Corp:

| | |
|---|---|
| Brian J. Longe | President |
| Jeffrey S. Herden | Secretary |
| Gregory T. Knipp | Treasurer/Assistant Secretary |

Multigraphics LLC:

| | |
|---|---|
| Brian J. Longe | Manager |
| Gregory T. Knipp | Manager |
| Jeffrey S. Herden | Manager |

33

A- 0085

Interactive Media Group, Inc.

| | | |
|---|---|---|
| | Andrew Holland | President |
| | Jeffrey S. Herden | Secretary |
| | Gregory T. Knipp | Treasurer/Asst. Secretary |

## Directors:

A.B. Dick Company:

James W. Wert

President and Chief Executive
Officer
Clanco Management Corporation
30195 Chagrin Boulevard, #250
Pepper Pike, OH  44124

A.B. Dick Company of Canada, Limited:

J. Mark Stinson

Attorney
Fasken Martineau DuMoulin LLP
Box 20, Toronto-Dominion Centre
Toronto, Ontario, Canada M5K
1N6

Gerald Welstead

Controller
A.B. Dick Company of Canada,
Limited
94 Brockport Drive
Rexdale, Ontario, M9W 5C5,
Canada

James W. Wert

President and Chief Executive
Officer
Clanco Management Corporation
30195 Chagrin Boulevard, #250
Pepper Pike, OH  44124

A.B. Dick UK Limited:

Quentin Baum

Managing Director
A.B. Dick UL Ltd.
Great West Trading Estate
983 Great West Road
Brentford, Middlesex TW8 9DN,
England

Itek Graphix Corp:

Brian J. Longe

President and CEO
A.B. Dick Company
7400 Caldwell Avenue
Niles, IL 60714

34

<u>Interactive Media Group, Inc.</u>

Gregory T. Knipp    Vice President and CFO
A.B. Dick Company
7400 Caldwell Avenue
Niles, IL 60714

Frank D. Zaffino    Chairman
Paragon Corporate Holdings, Inc.
7400 Caldwell Avenue
Niles, IL 60714

See attached list of key personnel.

35

## SCHEDULE 3.27

### INSURANCE

See attached schedule.

See also Schedule 3.7 [Seller Financial Statements]
See also Schedule 3.11 [Litigation]

36

A- 0088

## SCHEDULE 5.2

### CONDUCT OF BUSINESS

Seller and/or its Subsidiaries plan to adopt an appropriate Key Employee Retention Plan with key members of management.

Doc 1219245 .Ver 3

A- 0089