UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLAKE OF CHICAGO, CORP. f/k/a<br>A.B. DICK COMPANY, *et al.*,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 04-12002 (JLP)<br><br>Jointly Administered |
| OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS,<br><br>　　　　　　Appellant,<br><br>　v.<br><br>PRESSTEK, INC.,<br><br>　　　　　　Appellee. | Appeal No. 04-CV-1566 (KAJ) |

### AMENDED APPENDIX TO THE OPENING BRIEF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN SUPPORT OF ITS APPEAL

Dated: January 19, 2006
　　　Wilmington, Delaware

THE BAYARD FIRM
Jeffrey M. Schlerf (No. 3047)
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899
Tel: 302-429-4218
Fax: 302-658-6395

McGUIREWOODS LLP
Richard J. Mason, P.C.
Michael M. Schmahl
77 West Wacher Drive
Suite 4100
Chicago, Illinois 60601-1681
Tel: 312-849-8100
Fax: 312-849-3690

and

614899v1

James H. Joseph (No. 3920)
Dominion Tower, 23rd Floor
625 Liberty Avenue
Pittsburgh, PA 15222
Tel: 412-667-6000
Fax: 412-667-6050

Counsel to the Official Committee of Unsecured Creditors of Blake of Chicago Corp. f/k/a A.B. Dick Company, *et al.*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLAKE OF CHICAGO, CORP. f/k/a<br>A.B. DICK COMPANY, *et al.*,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 04-12002 (JLP)<br><br>Jointly Administered |
| OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS,<br><br>　　　　　　Appellant,<br><br>v.<br><br>PRESSTEK, INC.,<br><br>　　　　　　Appellee. | Appeal No. 04-CV-1566 (KAJ) |

## TABLE OF CONTENTS

Tab #                                                                                                     Page No.

1.  Motion for Order: (A) Authorizing Sale of Substantially All of The Assets of A.B. Dick Company and Its Wholly Owned Subsidiaries, Free and Clear of Liens, Claims and Encumbrances; (B) Authorizing Assumption and Assignment of Certain Unexpired Leases and Executory Contracts; and (C) Granting Related Relief .................................. A-0001

2.  Transcript of August 23, 2004 Evidentiary Hearing Before the Honorable Charles G. Case, II United States Bankruptcy Judge................................................................ A-0090

3.  Transcript of November 3, 2004 Hearing Before the Honorable John L. Peterson United States Bankruptcy Judge ................................................................................ A-0379

584297v1
4297v1
4297v1
4297v1

| Tab # | | Page No. |
|---|---|---|
| 4. | Order, Pursuant to Sections 105(a), 363(b) and (f) and 365(f) of the Bankruptcy Code and Rules 2002(a)(2), (c)(1), (k) and (m), 6004 and 6006 of the Federal Rules of Bankruptcy Procedure, Approving (1) the Sale, Pursuant to the Asset Purchase Agreement Dated July 13, 2004, of (a) Substantially all of the Assets of the A.B. Dick Company and the A.B. Dick Company of Canada, Ltd., and (b) the Capital Stock of the A.B. Dick U.K. Limited to Silver Acquisitions Corp., Free and Clear of Liens, Claims, Encumbrances, and Interests; and (2) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to Silver Acquisitions Corp. .................................................. | A-0478 |
| 5. | Emergency Motion of Mitsubishi Imaging (MPM), Inc. for Order Determining Validity of Exercise of Election Under Postpetition Private Label Sales Agreement...................................... | A-0519 |
| 6. | Emergency Motion of Presstek, Inc. Seeking an Order Directing Mitsubishi Imaging (MPM) Inc. to Comply With This Court's Sale Order ................................................................ | A-0537 |
| 7. | Objection of Presstek, Inc. to the Emergency Motion of Mitsubishi Imaging (MPM), Inc. for Order Determining Validity of Exercise of Election Under Postpetition Private Label Sales Agreement ................................................................ | A-0651 |
| 8. | Response of Mitsubishi Imaging (MPM), Inc. to Emergency Motion of Presstek, Inc. for an Order Directing Mitsubishi Imaging (MPM), Inc. to Comply With This Court's Sale Order ................................................................ | A-0570 |
| 9. | Response of the Official Committee of Unsecured Creditors of A.B. Dick and Company to Emergency Motion of Mitsubishi Imaging (MPM), Inc. for Order Determining Validity of Election Under Postpetition Private Label Sales Agreement and Motion for an Order Refunding Credit to Estates ................................................................................. | A-0577 |

Tab #                                                                                                            Page No.

10.   Statement of the Debtors: (A) in Response to the Emergency Motion of Mitsubishi Imaging (MPM), Inc. for Order Determining Validity of Exercise of Election Under Postpetition Private Label Sales Agreement; (B) in Support of the Emergency Motion of Presstek, Inc. Seeking an Order Directing Mitsubishi Imaging (MPM), Inc. to Comply with this Court's Sale Order; and (C) in Response to the Emergency Motion of the Official Committee of Unsecured Creditors to Compel Debtors, Silver and Presstek to Comply with Sale Order Entered November 3, 2004 and the Second Amendment to the Asset Purchase Agreement ............................................................................................ A-0683

11.   Transcript of November 17, 2004 Telephone Conference Before the Honorable John L. Peterson United States Bankruptcy Judge ................................................................................ A-0690

12.   Judgment Signed on November 17, 2004 Regarding Motion of Presstek, Inc., for Order Directing Mitsubishi Imaging, Inc., to Comply With This Court's Sale Order and Mitsubishi Imaging, Inc.'s Motion for Order Determining Validity of Exercises of Election Under Postpetition Private Label Sales Agreement ............................................................................................ A-0736

13.   Amended Judgment Signed on November 23, 2004 Regarding Motion of Presstek, Inc., for Order Directing Mitsubishi Imaging, Inc., to Comply With This Court's Sale Order and Mitsubishi Imaging, Inc.'s Motion for Order Determining Validity of Exercises of Election Under Postpetition Private Label Sales Agreement ......................................... A-0738

14.   Notice of Appeal ................................................................................ A-0740

15.   Appellant Official Committee of Unsecured Creditors Designation of Items to be Included in the Record and Statement of Issues to be Presented on Appeal ................................ A-0751

16.   Notice of Filing of First Amendment to Asset Purchase Agreement............................................................................................. A-0764

17.   Notice of Filing of Second Amendment to Asset Purchase Agreement............................................................................................. A-0767