Tab 13

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : |
| A.B. DICK COMPANY, et al., | : Case No. 04-12002 (JLP) |
| | : Chapter 11 |
| Debtor. | : |

**AMENDED JUDGMENT**

This Court on November 17, 2004, heard upon expedited notice the Motion of Presstek, Inc., for Order directing Mitsubishi Imaging, Inc., to Comply with this Court's Sale Order and Mitsubishi Imaging, Inc.'s Motion for Order Determining Validity of Exercises of Election under PostPetition Private Label Sales Agreement, together with objections thereto by the Official Unsecured Creditors Committee and concurrence in each motion by the Debtor-in-Possession, and after concluding the taking of testimony and admission of all evidence, the Court entered on the record a Memorandum of Decision sustaining each motion of Presstek, Inc., and Mitsubishi Imaging, Inc., and directing entry of Judgment by the clerk, accordingly,

**IT IS ORDERED**, adjudged, and decreed that Mitsubishi Imaging, Inc., shall be and legally is bound by purchase orders 267409, 267411, 276466, 270467, 272994 and 273001, for custom plate materials and shall deliver to the Debtor and Presstek, Inc., such product and inventory, whereupon Presstek, Inc., shall hold harmless the Debtor by payment of the balance

A- 0738

due under such purchase order in the sum of $2,255,397.00 upon delivery by Mitsubishi; and

pursuant to F.R.B.P. 4001(a)(3) this Order is effective immediately, not stayed for 10 days.

DATED this 23rd day of November, 2004.

                        David Bird
                        Clerk of the U.S. Bankruptcy Court

                        By *Nancy Hunt*
                             Deputy Clerk

A- 0739