Tab 14

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| A.B. DICK COMPANY, *et al.*, | ) | CASE NO. 04-12002 (JLP) |
| | ) | |
| Debtors. | ) | JOINTLY ADMINISTERED |
| | ) | |
| | ) | Re: Docket # 532, 549 |
| | ) | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that The Official Committee of Unsecured Creditors (the "Committee") of the A.B. Dick Company, *et al.* (the "Debtors"), by its undersigned counsel, hereby appeals to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 158(a), from the Order of the United States Bankruptcy Court for the District of Delaware entered in the above-captioned bankruptcy proceeding on November 18, 2004 (the "Judgment"), amended on November 23, 2004, ordering Mitsubishi Imaging (MPM), Inc. ("Mitsubishi") to be bound by purchase orders 267409, 267411, 276466, 270467, 272994, and 273001, for custom plate materials and delivery to the Debtors and Presstek, Inc. such product and inventory encompassed in those purchase orders.

The parties to the Judgment appealed from, and the names, addresses and telephone numbers of their respective counsel are as follows:

565938v1

A- 0740

A.B. DICK COMPANY, *ET AL.*
DEBTORS

Frederick B. Rosner, Esq.
Jaspan Schlesinger Hoffman LLP
913 Market Street, 12th Floor
Wilmington, De 19801
(302) 351-8000

H. Jeffrey Schwartz, Esq.
John A. Gleason, Esq.
Benesch Friedlander Coplan & Aronoff LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(216) 363-4500

PRESSTEK, INC. AND SILVER ACQUISITIONS CORP.

Francis Monaco, Jr., Esq.
Monzack and Monaco
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

Stephen B. Selbst, Esq.
Gary O. Ravert, Esq.
McDermott Will & Emery
50 Rockefeller Plaza
New York, NY 10020-1605
(212) 547-5400

MITSUBISHI IMAGING (MPM), INC.

Thomas G. Whalen, Esq.
Stevens & Lee, P.C
1105 North Market Street, 7th Floor
Wilmington, DE 19801
(302) 654-5180

Robert Lapowsky, Esq.
Stevens & Lee, P.C
1818 Market Street
29th Floor
Philadelphia, PA 19103
(215) 575-0100

565938v1

2

Dated: Wilmington, Delaware
November 29, 2004

        THE BAYARD FIRM

By: *[signature]*
Jeffrey M. Schlerf (No. 3047)
GianClaudio Finizio (No. 4253)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Tel: 302-429-4218

-and-

MCGUIREWOODS, LLP
Richard J. Mason
Michael M. Schmahl
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601-1681
Tel: 312-849-8100

-and-

MCGUIREWOODS, LLP
James P. Ricciardi
Marshall Beil
James H. Joseph
Shawn R. Fox
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0106
Tel: 212-548-2100

Co-Counsel to the Committee

565932v1　　　　　　　　　　　　3

## CERTIFICATE OF SERVICE

I, GianClaudio Finizio, Esquire, do hereby certify that on this 29th day of November, 2004, I caused a true and correct copy of the foregoing **Notice of Appeal** to be served (i) upon the parties listed below in the manner indicated, and (ii) upon the parties listed on the attached 2002 service list via hand delivery to local counsel and via First Class United States Mail to all remaining parties identified thereon.

**Hand Delivery**
Frederick B. Rosner, Esq.
Jaspan Schlesinger Hoffman LLP
913 Market Street, 12th Floor
Wilmington, De 19801

**Overnight Courier**
H. Jeffrey Schwartz, Esq.
John A. Gleason, Esq.
Benesch Friedlander Coplan & Aronoff LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378

**Hand Delivery**
Francis Monaco, Jr., Esq.
Monzack and Monaco
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

**Overnight Courier**
Stephen B. Selbst, Esq.
Gary O. Ravert, Esq.
McDermott Will & Emery
50 Rockefeller Plaza
New York, NY 10020-1605

**Hand Delivery**
Thomas G. Whalen, Esq.
Stevens & Lee, P.C
1105 North Market Street, 7th Floor
Wilmington, DE 19801

**Overnight Courier**
Robert Lapowsky, Esq.
Stevens & Lee, P.C
1818 Market Street
29th Floor
Philadelphia, PA 19103

**Hand Delivery**
David M. Klauder, Esq.
Office of the United States Trustee
844 King Street
Room 2207
Lockbox #35
Wilmington, DE 19899-0035

GianClaudio Finizio (No. 4253)

565918v1

# A.B. Dick Company

## 2002 Service List

Frederick B. Rosner, Esq.
Dmitry Pilipis, Esq.
Laurie S. Polleck, Esq.
Jaspan Schlesinger Hoffman
913 N. Market Street
12th Floor
Wilmington   DE   19801
*Counsel for Debtors*

David M. Klauder, Esq.
US Trustee's Office
844 King Street
Room 2207
Lockbox #35
Wilmington   DE   19899-0035

Jeffrey Schwartz, Esq.
John A. Gleason, Esq.
Michael D. Zaverton, Esq.
Benesch, Friedlander, Coplan & Arronoff LLP
2300 BP Tower
200 Public Square
Cleveland   OH   44114-2378
*Counsel for Debtors*

Stephen B. Selbst, Esq.
McDermott Will & Emery
50 Rockefeller Plaza
New York   NY   10020
*Presstek*

David A. Zagore, Esq.
Squire Sanders & Dempsey LLP
4900 Key Tower
Cleveland   OH   44114
*Special Corporate Counsel*

David Glickman
Candlewood Partners, LLC
10 1/2 East Washington Street
Cleveland   OH   44022
*Financial Advisor*

Donald C. Hohmeier
Edward Howard & Co.
1360 East Ninth Street
7th Floor
Cleveland   OH   44114
*Corporate Communications Consultant*

Lorenzo Mendizabal
Trumbull Services
4 Griffin Road North
Windsor   CT   06095
*Noticing Agent*

Francis A Monaco, Jr., Esq.
Walsh Monzack and Monaco, P.A.
1201 Orange Street
Suite 400
Wilmington   DE   19801
*Delaware Counsel to Presstek*

Carl E. Mabry, VP
Delaware Asset Management
2005 Market Street
Philadephia   PA   19103
*Committee Member*

MHR Capital Partners LP
c/o MHR Fund Managment, L.L.C.
40 West 57th Street
Thirty-Third Floor
New York   NY   10019

Cleveland Union
c/o Al Lewis - UAW
Region 2B
1691 Woodlands Drive
Maumee   OH   43537

John P. Kirwan
225 Franklin Street
Boston   MA   02110

A-0744

# A.B. Dick Company

## 2002 Service List

Carolyn Jernagin
OBIE & Co.
c/o JP Morgan Chase
811 Rusk Street
18-HCB-340
Houston   TX   77072

Donald W. Bowin, VP
Mitsubishi Imaging (MPM) Inc.
555 Theodore Fremd Avenue
Rye   NY   10580
*Committee Member*

Glenn C. Pollack
Candelwood Partners Restructuring Group
10 1/2 East Washington Street
Cleveland   OH   44122

Sharon Umhoefer, Esq.
Konica-Minolta Business Solutions, USA, Inc.
100 Williams Drive
Ramsey   NJ   07446
*Committee Member*

Marion L. Tyson, Jr.
Esko Production A/S
1955 Vaughn Road
Suite 101
Kennesaw   GA   30144
*Committee Member*

Ohio EPA
Lazarus Government Center
122 S. Front Street
Columbus   OH   43215-1099

Datacard Corporation
c/o Dorsey & Whitney
50 S.6th Street
Suite 1500
Minneapolis   MN   55402

Elof Hansoon KK
302 Shuwa No. 2
Taranomon Building
21-19 Taranomob 1-Chome
Minato-Ku Tokyo 105   Japan

BNY Clearing Services LLC
Reorganization Dept, 4th Flr.
111 East Kilbourn Avenue
Milwaukee   WI   53202

Global Graphics Software, Inc.
5875 Trinity Parkway
Suite 110
Centreville   VA   20120

HT Specialty Inc.
622 Pullman Avenue
Rochester   NY   14615

Braden-Sutphin Ink, Co
3650 East 93rd Street
Cleveland   OH   44105

Richard J. Mason, Esq.
Michael M. Schmahl, Esq.
McGuire Woods LLP
77 West Wacker Drive
Suite 4100
Chicago   IL   60601
*Counsel to the Committee*

Ernst & Young LLP
5 Times Square
New York   NY   10036

Varn Products Company, Inc.
P.O. Box 828730
Philadelphia   PA   19182-8563

BBA Nonwovens Simpsonville Inc.
840 Southeast Main Street
Simpsonville   SC   29681

# A.B. Dick Company

## 2002 Service List

Base Line Inc.
5103 D Street NW
Auburn   WA   98001

Van Son Holland Ink Corp.
P.O. Box 9006
Central Islip   NY   11722-9006

Niraj R. Ganatra, Assoc. Gen'l Counsel
International Union, UAW
8000 East Jefferson Avenue
Detroit   MI   48214
*Committee Member*

Lori Tremonte
Kodak Polychrome Graphics LLC
401 Merritt 7
Norwalk   CT   06851

Baumfolder Corp.
1660 Campbell Road
Sidney   OH   45365

Liberty Mutual
900 N. National Parkway
Schaumberg   IL   60173

Smith Barney Inc.
1014 Santa Barbara Street
Santa Barbara   CA   93101

Microtek Lab Inc.
16941 Keegan Avenue
Carson   CA   90746

Ohio Bureau of Workers' Compensation
30 W. Spring Street
Columbus   OH   43215-2256

Emkay
P.O. Box 92047
Chicago   IL   60675-2047

Bear Stearns Securities Corp.
One Metrotech Center North, 4th Floor
Free Receives-Cashiers Dept.
Brooklyn   NY   11201-3859

Bear Sterns Securities, Corp.
DTC New York Window
55 Water Street
3rd Floor, South Building
New York   NY   10041

Henry Staley, and
Bank of America, Co-Trustees
c/o Bank of America
231 LaSalle Street
Mail Code IL-231-02-40
ATTN: Stephen Zimmer
Chicago   IL   60697

Charles Schwab & Co. Inc.
101 Montgomery Street
ATTN: Transfer of Accounts
San Francisco   CA   94104

Pershing
One Pershing Plaza (lobby)
9th Floor, Grove Street PATH Station
ATTN: Domestic Clearance
Jersey City   NJ   07399

Arthur LaBow
Neuberger Berman, LLC
605 Third Avenue, 38th Floor
New York   NY   10158

UBS Paine Webber
888 San Clemente Drive
Suite 400
Newport Beach   CA   92660

Bear Sterns Securities Corp.
DTC New York Window
55 Water Street
Plaza Level, South Building
New York   NY   10041

# A.B. Dick Company

## 2002 Service List

Ingalls & Snyder LLC
61 Broadway, 31st Floor
New York   NY   10006-2802

Chase Manhattan Bank
4 New York Plaza
Ground Floor - Receive Window
New York   NY   10005

Dennis Greer
Spyglass Trading, L.P.
8201 Preston Road
Suite 440
Dallas   TX   75225

Lehman Brothers
1100 Glendon Avenue
11th Floor
Los Angeles   CA   90024

Salomon Smith Barney
787 7th Avenue, 36th Floor
New York   NY   10019

NSCC New York Window
55 Water Street
Concourse Level, South Building
New York   NY   10041

Michael Sage, Esq.
Eric Kay, Esq.
Anna Taruschio, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York   NY   10038
*Counsel to MHR Capital Partners LP*

Morgan Stanley
1225 Prospect Street
La Jolla   CA   92037

Jami B. Nimeroff, Esq.
Buchanan Ingersoll P.C.
The Nemours Building
1007 North Orange Street
Suite 1110
Wilmington   DE   19801
*Counsel to KeyBank*

Marshall Beil, Esq.
James P. Ricciardi, Esq.
Shawn R. Fox, Esq.
McGuire Woods LLP
1345 Avenue of the Americas
Seventh Floor
New York   NY   10105
*Counsel to the Committee*

Alan R. Lepene, Esq.
Robert C. Folland, Esq.
Andrew L. Turscak, Esq.
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland   OH   44114-1291
*Counsel to KeyBank, N.A.*

Jeffrey Baddeley, Esq.
Baker & Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland   OH   44114-3485
*Robert Tomsich*

Niraj R. Ganatra, Esq.
International Union, UAW
8000 E. Jefferson Street
Detroit   MI   48214
*UAW*

Joseph H. Baldiga, Esq.
Paul W. Carey, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester   MA   01608-1477
*C.P. Bourg, Inc.*

A- 0747

# A.B. Dick Company

## 2002 Service List

Bernard G. Conaway, Esq.
Fox Rothschild LLP
919 N. Market Street
Suite 1300
Citizens Bank Center
Wilmington  DE  19801-2323
*Konica Minolta Business Solutions USA*

Christopher D. Loizides, Esq.
Loizides & Associates
1200 Pennsylvania Avenue
Suite 202-A
Wilmington  DE  19806
*Esko-Graphics*

Robert Lapowsky, Esq.
Stevens & Lee
1818 Market Street
Philadelphia  PA  19103
*Counsel to Mitsubishi*

Tally F. Parker Jr., Esq.
Parker & Marks PC
1333 Corporate Drive
Suite 209
Irving  TX  75038
*Counsel to City of Irving*

Derek C. Abbott, Esq.
Daniel B. Butz, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington  DE  19899-1347
*MHR Capital Partners LP*

John J. Monaghan, Esq.
Lynne B. Xerras, Esq.
David G. Sobol, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston  MA  02116
*Global Graphics Software Limited*

James W. Deatherage, Esq.
Jim Deatherage & Assoc., P.C.
800 West Airport Freeway
Suite 518, LB 6060
Irving  TX  75062
*Irving Independent School District*

Bill Angelowitz
Daily Insights
225 W. 34th Street
Suite 403
New York  NY  10122

David S. Rosner, Esq.
Ronna G. Jackson, Esq.
Michael Faye, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York  NY  10019
*MHR*

Tony Praino
Special Handling Group - MD NC317
IBM Credit LLC
North Castle Drive
Armonk  NY  10504

Steve Turner, Esq.
McGinnis, Lochridge & Kilgore, LLP
919 Congress Avenue
Suite 1300
Austin  TX  78701
*Prologis*

Beverly H. Shideler, Esq.
IBM Corporation
Two Lincoln Centre
Oakbrook Terrac  IL  60181
*IBM*

A- 0748

# A.B. Dick Company

## 2002 Service List

Richard S. Cobb, Esq.
Jamie L. Edmonson, Esq.
Landis Rath & Cobb LLP
919 Market Street
Suite 600
Wilmington  DE  19801
*MHR Capital Partners LP*

Gary L. Barnhart, Esq.
Missouri Dept. of Revenue
General Counsel's Office
301 W. High Street, Rm 670
P.O. Box 475
Jefferson City  MO  65105-0475

Diane W. Sanders, Esq.
Linebarger Goggan
Blair & Sampson LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin  TX  78760
*Nueces County*

David G. Aelvoet, Esq.
Linebarger Goggan Blair & Sampson LLP
Travis Building
711 Navarro
Suite 300
San Antonio  TX
*Bexar County City of El Paso*

Mieko Kojima
Iwatsu Electric Co., Ltd.
7-41, Kugayama 1-Chome, Suginami-Ku
Tokyo  Japan  168-8501

Robert E. Chrostowski, SVP
Iwatsu America, Inc.
6 Buell Court
Clinton  CT  06413

Shawn M. Christianson, Esq.
Buchalter, Nemer, Fields & Younger
333 Market Street
25th Flr.
San Francisco  CA  94105-2130
*Oracle Corporation & Oracle Credit Corp.*

Neil Herskowitz
Riverside Contracting LLC
P.O. Box 626
Planetarium Station
New York  NY  10024-0540

Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas  TX  75201
*City of El Paso, Brown CAD, City of Memphis et al.*

Kera Alhilali
Madison Capital Mangement
6143 South Willow Drive
Suite 200
Greenwood Village  CO  80111

Robert H. Rosenbaum, Esq.
M. Evan Meyers, Esq.
Meyers, Rodbell & Rosenbaum, P.A.
Bershire Building
6801 Kenilworth Avenue
Suite 400
Riverdale  Mary  20737-1385
*Charles County, Maryland*

Thomas Whalen
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington  DE  19801
*Counsel to Mitsubishi*

# A.B. Dick Company

## 2002 Service List

Davor Rukavina, Esq.
Munsch Hardt Kopf & Harr, P.C.
4000 Fountain Place
1445 Ross Avenue
Dallas   TX   75202-2790
*Teachers Insurance & Annuity Assn.*

Denise S. Mondell, Esq.
Assistant Attorney General
State of Connecticut, Dept of Revenue Svc.
P.O. Box 120
55 Elm Street, 4th Flr.
Hartford   CT   06141-0120

Kirk B. Burkley, Esq.
Bernstein Law Firm, P.C.
Suite 2200 Gulf Tower
707 Grant Street
Pittsburgh   PA   15219
*Hewlett-Packard Financial Services Co.*

Neil Gilmour III
Executive Sounding Board Associates Inc.
1300 N. Market Street
Suite 506
Wilmington   DE   19801
*Committee Financial Advisor*

Adam Mantzaris, Corp Counsel
Town Hall
45 South Main Street
Wallingford   CT   06492
*Town of Wallingford*

Sergio I. Scuteri, Esq.
Farr, Burke, Gambacorta & Wright, P.C.
211 Benigno Boulevard
Suite 201
Belmawr   NJ   08031
*Citicorp Vendor Finance, Inc.*

James H. Joseph, Esq.
Ronald Crouch, Esq.
McGuireWoods LLP
Dominion Tower
625 Liberty Avenue
23rd Flr.
Pittsburg   PA   15222-3142

Ian Connor Bifferato, Esq.
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington   DE   19899
*Prime Group Realty Trust*

John S. Delnero, Esq.
Kevin Y. Pak, Esq.
Bell, Boyd & Lloyd LLC
70 West Madison Street
Suite 3300
Chicago   IL   60602
*Prime Group Realty Trust*

A- 0750