## CERTIFICATE OF SERVICE

I, GianClaudio Finizio, hereby certify that on the 20th day of January, 2006, I caused a copy of the Amended Appendix to the Opening Brief of the Official Committee of Unsecured Creditors in Support of its Appeal (Volumes 1 and 2) to be served upon the parties listed below by hand delivery.

Frederick B. Rosner, Esq.
Jaspan Schlesinger Hoffman LLP
913 Market Street, 12th Floor
Wilmington, DE 19801

Francis Monaco, Jr., Esq.
Monzack and Monaco
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

GianClaudio Finizio (No. 4253)

614953v1