UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLAKE OF CHICAGO, CORP. f/k/a<br>A.B. DICK COMPANY, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 04-12002 (KJC)<br><br>Jointly Administered |
| OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS,<br><br>                    Appellant,<br><br>    v.<br><br>PRESSTEK, INC.,<br><br>                    Appellee. | <br><br><br><br>Appeal No. 04-CV-1566 (KAJ)<br><br><br><br>Re: Docket No. 21 |

NOTICE OF APPEAL TO THE
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

The Official Committee of Unsecured Creditors of Blake of

Chicago Corp. f/k/a A.B. Dick Company, *et al.*[1] (the "Committee"), the appellant,

appeals to the United States Court of Appeals for the Third Circuit from the final

Memorandum Order (the "Order") of the United States District Court for the

District of Delaware, entered in this case on March 9, 2006 **[Docket No. 21]**,

affirming the Order of the United States Bankruptcy Court for the District of

Delaware entered in the above-captioned bankruptcy proceeding on November

18, 2004 **[Docket No. 532 in Bankruptcy Case No. 04-12002]**, as amended on

---

[1] There are four affiliated debtors in these jointly-administered cases including A.B. Dick Company (case no. 04-12002), Paragon Corporate Holdings, Inc. ("Paragon") (case no. 04-12006), Multigraphics LLC ("Multigraphics") (case no. 04-12003), and Interactive Media Group, Inc. ("Interactive Media") (04-12005). For ease of reference, each and all of these debtors are referred to interchangeably and collectively in this Notice of Appeal as the "Debtors" unless the specific debtor is otherwise noted.

622374v1

1

\\FIN\245315.2

November 23, 2004 **[Docket No. 549 in Bankruptcy Case No. 04-12002]**,

ordering Mitsubishi Imaging (MPM), Inc. ("Mitsubishi") to be bound by purchase

orders 267409, 267411, 276466, 270467, 272994, and 273001, for custom plate

materials and delivery to the Debtors and Presstek, Inc., such product and

inventory encompassed in those purchase orders.

The parties to the Orders appealed from, and the names, addresses

and telephone numbers of their respective counsel are as follows:

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF BLAKE
OF CHICAGO F/K/A A.B. DICK COMPANY, *ET AL.*

Jeffrey M. Schlerf, Esq.
GianClaudio Finizio, Esq.
The Bayard Firm
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, De  19899
(302) 655-5000

Richard J. Mason, P.C.
James H. Joseph, Esq.
Michael M. Schmahl, Esq.
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601-1681
(312) 849-8100

PRESSTEK, INC. AND SILVER ACQUISITIONS CORP.

Francis Monaco, Jr., Esq.
Monzack and Monaco
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

Stephen B. Selbst, Esq.
Gary O. Ravert, Esq.
McDermott Will & Emery
50 Rockefeller Plaza
New York, NY 10020-1605
(212) 547-5400

BLAKE OF CHICAGO CORP. F/K/A A.B. DICK COMPANY, *ET AL.*
DEBTORS

Frederick Brian Rosner, Esq.      H. Jeffrey Schwartz, Esq.
Duane Morris LLP             Dechert LLP
1100 North Market Street      30 Rockefeller Plaza
Wilmington, DE 19801        New York, NY 10112
(302) 657-4900              (212) 698-3500


MITSUBISHI IMAGING (MPM), INC.

Thomas G. Whalen, Esq.      Robert Lapowsky, Esq.
Stevens & Lee, P.C          Stevens & Lee, P.C
1105 North Market Street, 7th Floor  1818 Market Street, 29th Floor
Wilmington, DE 19801        Philadelphia, PA 19103
(302) 654-5180             (215) 575-0100

Dated: Wilmington, Delaware
      April 7, 2006

THE BAYARD FIRM

By: _____
Jeffrey M. Schlerf (No. 3047)
GianClaudio Finizio (No. 4253)
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899
Tel:    302.655.5000
Fax:   302.658.6395

MCGUIREWOODS LLP

By:   Richard J. Mason, P.C.
James H. Joseph
Michael M. Schmahl
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601-1681
Tel: 312.849.8100
Fax: 312.849.3690

Counsel to the Official Committee of
Unsecured Creditors of Blake of
Chicago Corp. f/k/a A.B. Dick
Company, *et al.*

## CERTIFICATE OF SERVICE

I, GianClaudio Finizio, Esquire, hereby certify that on this 7th day of April, 2006, I caused a true and correct copy of the **Notice of Appeal to the United States Court of Appeals for the Third Circuit** to be served upon the parties listed below via hand delivery to local parties and via Federal Express upon the remaining parties.

Richard J. Mason, P.C.
James H. Joseph, Esq.
Michael M. Schmahl, Esq.
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601-1681

Francis Monaco, Jr., Esq.
Monzack and Monaco
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Stephen B. Selbst, Esq.
Gary O. Ravert, Esq.
McDermott Will & Emery
50 Rockefeller Plaza
New York, NY 10020-1605

Frederick Brian Rosner, Esq.
Duane Morris LLP
1100 North Market Street
Wilmington, DE 19801

H. Jeffrey Schwartz, Esq.
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112

Thomas G. Whalen, Esq.
Stevens & Lee, P.C
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Robert Lapowsky, Esq.
Stevens & Lee, P.C
1818 Market Street, 29th Floor
Philadelphia, PA 19103

GianClaudio Finizio (No. 4253)

622509v1